UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60893-CIV-COHN/Seltzer

ELIZABETH P. CHEN,

    Plaintiff,

vs.

J.C. CHRISTENSEN & ASSOCIATES, INC., and
LVNV FUNDING, LLC

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 34].  The Court being informed that the parties have settled this action, it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal with Prejudice [DE 34] is hereby **GRANTED**.  The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs, except as otherwise agreed by the parties.  This dismissal has no bearing on the claim of any putative class member, as no class was certified.   The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF